**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00342-GPG-MEH

Cuesta, et al.

       Plaintiffs,

 vs.

Denver TC Hotel LLC,

       Defendant.
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiffs, with consent of the Defendant, hereby inform this Court that the Parties have agreed, in principle, to settle the above-captioned matter. The Parties expect to execute a settlement agreement and file dismissal papers within the next sixty days.

    Accordingly, the Parties respectfully request that the Court vacate the Scheduling Conference and moot all pending deadlines in this matter and require the Parties to file dismissal papers on or before July 3, 2023.

    Respectfully submitted this 3rd day of April 2023,

                                                      *s/ Jon G. Shadinger Jr.*
                                                      Jon G. Shadinger Jr., Esq.
                                                      Shadinger Law, LLC
                                                      717 E. Elmer Street, Suite 7
                                                      Vineland, NJ 08360
                                                      Direct (609) 319-5399
                                                      Office (609) 691-8565
                                                      Fax (609) 262-4651
                                                      js@shadingerlaw.com
                                                      *Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
