# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00342-GPG-MEH

Cuesta, et al

      Plaintiffs,

  v.

Denver TC Hotel, LLC

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

   It is hereby stipulated and agreed, by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this 24th day of May 2023,

| | |
|---|---|
| */s/ Jon G. Shadinger Jr.* | */s/ Joseph J. Lynett* |
| Jon G. Shadinger Jr., Esq. | Joseph J. Lynett |
| Shadinger Law, LLC | 44 South Broadway, 14th Floor |
| 717 E. Elmer Street, Suite 7 | White Plains, New York 10601 |
| Vineland, NJ 08360 | Telephone: (914) 872-8060 |
| js@shadingerlaw.com | Joseph.Lynett@jacksonlewis.com |
| Direct (609) 319-5399 | |
| Office (609) 691-8565 | Tiffany E. Alberty, Esq. |
| Fax (609) 262-4651 | Melisa H. Panagakos |
| *Attorney for Plaintiffs* | Jackson Lewis, P.C. |
| | 950 17th Street, Suite 2600 |
| | Denver, CO 80202 |
| | Phone (303) 876-2214 |
| | Fax (303) 892-0404 |
| | Tiffany.alberty@jacksonlewis.com |
| | Melissa.Panagakos@jacksonlewis.com |
| | *Attorneys for Defendant* |